UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA YATES,<br><br>       Plaintiff,<br><br>       v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a corporation,<br><br>       Defendant. | No. 2:16-cv-00357-SAB<br><br>**ORDER DISMISSING ACTION** |

   Before the Court is the parties' Stipulation for Entry of Order of Dismissal. ECF No. 5. The parties stipulate that the above-captioned case be dismissed with prejudice and without an award of costs or fees to any party.

   Accordingly, **IT IS HEREBY ORDERED:**

   1. The parties' Stipulation for Entry of Order of Dismissal, **ECF No. 5**, is **GRANTED**.

   2. The above-captioned case is **dismissed** with prejudice and without any costs or fees to any party.

//
//
//
//
//

**ORDER DISMISSING ACTION ~ 1**

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, |
| 2 | forward copies to counsel, and **close the file**. |
| 3 | **DATED** this 1st day of November 2016. |

Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION ~ 2**